

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable J. M. Allen
County Auditor
Hunt County
Greenville, Texas

Dear Sir:

Opinion No. O-3349
Re: Consolidation of common
school districts for a
term of one year.

We are in receipt of your recent request for our opinion in which you submit the following question:

"Does the County School Board of Hunt County have the authority to consolidate for a term of one year, Pompey, a common school district No. 97 unaccredited, with Concord, a common School District No. 60 standardized teaching nine grades, both school districts being located in Hunt County and being seperated by a distance of about one-half mile?"

We enclose herewith copies of our opinions Nos. O-2994 and O-502 in which it is ruled that the County Board of School Trustees does not have authority to consolidate two common school districts lying in the same county except through the procedure set out in Article 2806, R. C. S. 1925, which, among other things, requires an election in each of the districts proposed to be consolidated.

These opinions dispose of your question except that you may have in mind following the requirements of Article 2806, R. C. S., 1925, and limiting the consolidation to a term of one year.

That statute, however, contains no authorization whatever for limiting the duration of a consolidation but school districts consolidated thereunder are consolidated for all intents and purposes without qualification or

Honorable J. M. Allen, Page 2

limitation. The only method whereby consolidated districts may be dissolved and restored to their original status is that provided in Article 2815, R. C. S., 1925, which requires an election in the same manner as is provided for their consolidation under Article 2806.

Your question is therefore answered in the negative.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By _____
Cecil C. Cammack
Assistant

CCC:LM

ENCLOSURES

APPROVED APR 1, 1941

ATTORNEY GENERAL OF TEXAS


APPROVED OPINION COMMITTEE
BY BWB
CHAIRMAN